UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EARL JACOBS,**

    **Plaintiff,**

v.                                        Case No.  8:12-cv-1406-T-30TGW

**ALEXANDER WILLIAMS & ASSOCIATES,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default (Dkt. 5).  Upon consideration, Plaintiff's motion is denied.  The affidavit of service (Dkt. 4) does not reflect proper service.  Specifically, Plaintiff did not attempt service on the registered agent of Defendant Alexander Williams & Associates.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default (Dkt. 5) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on November 5, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-1406.default 5.wpd