UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EARL JACOBS

    Plaintiff,

    vs.                         CASE NO.:8:12-cv-01406-JSM-TGW

ALEXANDER WILLIAMS & ASSOCIATES

    Defendant(s)

## AFFIDAVIT OF PLAINTIFF'S COUNSEL AS TO ATTORNEY FEES AND COSTS

I, Katie M. Stone, Esq., being duly sworn, hereby state that if called to testify in this case, I would plead as follows:

1. I am counsel to Plaintiff in this matter.
2. I am an attorney who has been licensed to practice the Commonwealth of Florida since December of 2009.
3. I am licensed to practice in the Southern District of Florida.
4. I have actively practiced in the field of consumer law for over three (3) years, and it is my main area of practice. I have filed numerous cases in federal court, and I have also dealt with numerous other cases pre-suit.
5. I am currently of counsel attorney for Consumer Rights Law Firm, PLLC, which is a law firm in Andover, Massachusetts.
6. My regular and hourly rate is $275.00 per hour.
7. I have reviewed the Lodestar Method utilized by the courts in the state of Florida to calculate reasonable attorney's fees.
8. Upon information and belief, it is not uncommon for attorneys with my skill, background, and knowledge in Florida to charge around $275.00 per hour, including in consumer protection law.
9. I believe that a rate $275.00 per hour for my services is a reasonable rate.

10. Based upon my review of the client's file and my firm's reports, emails, and records; I have prepared a billing report which includes the date of each task and an estimation of the time required to complete each task. (See 'Exhibit 2')

11. When taking into account my billing rates, the time incurred for my services is approximated 7.60 hours or $2090.00 in professional time.

12. Paralegal Danny Richard has been a paralegal for over a year and has been with Consumer Rights Law Firm, PLLC for less than a year.

13. I believe that a rate of $150.00 per hour for Mr. Richard's services is a reasonable rate.

14. When taking into account Mr. Richard's billing rates, the time incurred for his services is approximated 0.95 hours or $142.50 in professional time.

15. Paralegal Varian McCellon is the Senior Paralegal at Consumer Rights Law Firm, PLLC, and has been a paralegal for 13 years, and has been with Consumer Rights Law Firm, PLLC for over 2 years, working mainly in the area of consumer law at Consumer Rights Law Firm, PLLC.

16. I believe that a rate of $190.00 per hour for Varian McCellon's services is a reasonable rate.

17. When taking into account Mr. McCellon's billing rates, the time incurred for his services is approximated .40 hours or $76.00 in professional time.

18. My firm has also advanced $350.00 for filing fees on behalf of the Plaintiff along with $140.00 for service of process of the complaint, the affidavit of Plaintiff verifying the complaint, and the summons. (see 'Exhibit 2')

Further Affiant Saith Not

_____
Katie M. Stone, Esq.

STATE OF FLORIDA
COUNTY OF ORANGE

I, the undersigned Notary Public, do certify that the foregoing Affidavit of Attorney fees and costs was produced before me this __8__ th day of April, 2013 in the above-noted County and State and was delivered, sworn, acknowledged and signed by the above, to be her free and voluntary act for the purposes contained therein.

_____
NOTARY PUBLIC, FLORIDA

My Commission expires: __11-13-15__

CORION JONES
Notary Public - State of Florida
My Comm. Expires Nov 13, 2015
Commission # EE 145737